**Order entered April 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00279-CV

### IN RE CHRIS CARTER AND KAREN PIERONI, RELATORS

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

**AMENDED ORDER**
Before Justices Myers and Molberg[1]

Before this Court is the March 8, 2021 motion of real parties in interest (the City) to dissolve the writ of injunction issued in this case and to dismiss this original proceeding, and relators' response to the motion.

On December 28, 2020, we granted relators' petition for writ of injunction and ordered real parties to maintain the storage of the Confederate Monument that formerly stood in Pioneer Park Cemetery in Dallas, and we ordered the City "not to take any action to sell, give away, alter, damage, destroy, or otherwise dispose of

---

[1] Justice David Evans was a member of the panel that issued the order granting the petition for writ of injunction. Justice Evans's term of office expired December 31, 2020, and he did not participate in the determination of this motion.

or harm the Monument pending final disposition of the appeal in cause number 05-20-00190-CV or further order of this Court."

Cause number 05-20-00190-CV, styled *Chris Carter and Karen Pieroni v. Dallas City Plan Commission and City of Dallas*, was an appeal from a lawsuit brought by Carter and Pieroni challenging the City's decision to remove the Monument. The trial court granted the City's plea to the jurisdiction, and Carter and Pieroni appealed that decision. On March 1, 2021, this Court affirmed the trial court's judgment. As of the date of this order, Carter and Pieroni have not filed a motion for rehearing in this Court; they have been granted an extension of time to file a petition for review with the supreme court, but they have not yet filed the petition for review according to the supreme court's website.

Before ruling on the City's motion, we waited more than ten days for relators to file a response to the motion. *See* TEX. R. APP. P. 10.3(a) ("A court should not hear or determine a motion until 10 days after the motion was filed . . . ."). They did not file a response during that time. On March 30, 2021, twenty-two days after the City filed its motion, we issued an order granting the motion to dissolve the injunction and dismiss the proceeding.

Relators filed a response to the motion at 11:48 p.m. on March 29, 2021, the day before the Court issued the order dissolving the injunction and dismissing the proceeding. That response was being processed and was not before the panel when

the Court issued its order on March 30, 2021. The Court has now considered both the City's motion and relators' response.

Because we have finally disposed of the appeal in cause number 05-20-00190-CV, the petition for writ of injunction in this case is now moot. Accordingly, we **GRANT** the City's motion. The injunction imposed in this case is **DISSOLVED**, and this original proceeding is **DISMISSED**.

/s/    LANA MYERS
         JUSTICE